E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAUL ESCARCEGA      Plaintiff,

vs.

BEN CURRY      Defendant.

CASE NO. CV 08 1287 SI (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, RAUL ESCARCEGA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 48 pre. Month         Net: _____

Employer: C.D.C. Soledad Correctional Training Facility.

IS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   _____
5   _____
6   _____
7   2.    Have you received, within the past twelve (12) months, any money from any of the
8   following sources:
9       a.   Business, Profession or                    Yes ____ No XX
10           self employment
11      b.   Income from stocks, bonds,                 Yes ____ No XX
12           or royalties?
13      c.   Rent payments?                             Yes ____ No XX
14      d.   Pensions, annuities, or                    Yes ____ No XX
15           life insurance payments?
16      e.   Federal or State welfare payments,         Yes ____ No XX
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                              Yes ____ No XX
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-26-08                    [signature]
DATE                       SIGNATURE OF APPLICANT

# E-filing

Case Number: _____

SI  (PR)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __ESCARCEGA  C27412__ for the last six months at CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960     [prisoner name]
ATTN: TRUST OFFICE          where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __23.47__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __7.81__ .

Dated: __3-1-08__

_Brenda Nation, Acct Technician_

[Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 3-1-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Acct Technician_

-5-

```
REPORT ID: TS3030  .701                          REPORT DATE: 03/01/08
                                                 PAGE NO:         1
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CTF SOLEDAD/TRUST ACCOUNTING
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: OCT. 01, 2007 THRU MAR. 01, 2008

ACCOUNT NUMBER : C27412             BED/CELL NUMBER: CFFWT2000000246L
ACCOUNT NAME   : ESCARCEGA, RAUL    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY
    TRAN
DATE  CODE DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ---- ------------- --------- ---------- --------- ------------ -------

10/01/2007  BEGINNING BALANCE                                          0.00

10/06 D554 INMATE PAYROL 1115 P8              25.65                   25.65
10/09 FR01 CANTEEN RETUR 701146                            27.00-     52.65
10/10 FC01 DRAW-FAC 1    1151 ML                           42.35      10.30
10/27 W476 DONATION-PROT 1376TITHE                          5.00       5.30
11/06 D554 INMATE PAYROL 1424 P6              27.00                   32.30
11/09 W512 LEGAL POSTAGE 1510 LPOST                         4.60      27.70
11/13 FC01 DRAW-FAC 1    1535 ML                           27.70       0.00
12/06 D554 INMATE PAYROL 1754 P6              18.45                   18.45
12/07 D300 CASH DEPOSIT  1801 74683           60.00                   78.45
12/10 FC01 DRAW-FAC 1    1810 ML                           78.45       0.00
      ACTIVITY FOR 2008
01/07 D554 INMATE PAYROL 2048 P8              27.00                   27.00
01/08 FC01 DRAW-FAC 1    2084 ML                           27.00       0.00
02/06 D554 INMATE PAYROL 2471 P6              38.00                   38.00
02/06 D554 INMATE PAYROL 2471 P6               7.88                   45.88
02/11 FC01 DRAW-FAC 1    2557 ML                           45.88       0.00
02/19 D340 EFT DEPOSIT   2676 68760           20.00                   20.00
02/22 W512 LEGAL POSTAGE 2717 LPOST                         6.30      13.70
02/22 W512 LEGAL POSTAGE 2717 LPOST                         6.40       7.30

                            TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL       TOTAL      CURRENT      HOLDS      TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS  BALANCE     BALANCE     TO BE POSTED
------------- ---------- ------------ ----------- ---------- --------------
     0.00      223.98      216.68       7.30        0.00          0.00

                                               CURRENT
                                              AVAILABLE
                                               BALANCE
                                            -------------
                                                 7.30
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-1-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
Acct Technician

```
DUPLICATE

 rt Name: U.S. District Court, NDCA
 vision: 3
Receipt Number: 34611016586
Cashier ID: bucklem
Transaction Date: 03/05/2008
Payer Name: BILL LOCKYER
------------------------------------
WRIT OF HABEAS CORPUS
 For: raul escarega
 Amount:         $5.00
------------------------------------
CHECK
 Check/Money Order Num: 203438218
 Amt Tendered:   $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

c08-1287si


 Checks and drafts are accepted
 subject to collections and full
 credit will only be given when the
 check or draft has been accepted by
 the financial institution on which
 it was drawn.
```