UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

MAR 10 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your action has been filed as a civil case number ____08-1287 SI____.

It appears that you have not attached a complaint or petition to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By ____LS____
Deputy Clerk

(IFP Application / letter / no complaint)
(blank complaint form / petition attached)

IFP / $5.00 PAYMENT

Rev. 10/07

ESCARCEGA