UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL ESCARCEGA,   No. C 08-1287 SI (pr)

    Petitioner,   **ORDER OF DISMISSAL**

  v.

BEN CURRY, warden,

    Respondent.
                                    /

     This action is dismissed because it is duplicative of an action filed earlier by petitioner, i.e., Case No. C 08-1203 SI. The in forma pauperis application is DENIED as unnecessary because the filing fee was paid. (Docket # 1.) The clerk shall close the file.

     IT IS SO ORDERED.

DATED: April 1, 2008

                                               SUSAN ILLSTON
                                          United States District Judge