United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ESCARCEGA,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY, warden,<br><br>    Respondent. | No. C 08-1287 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed because it is duplicative of an action filed earlier by petitioner.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 1, 2008

                                                 SUSAN ILLSTON
                                     United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAUL ESCARCEGA,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-01287 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul Escarcega
Soledad Correctional Training Facility
C-27412
P.O. Box 689
Soledad, CA 93960-0689

Dated: April 2, 2008

        Richard W. Wieking, Clerk
        By: Tracy Sutton, Deputy Clerk