**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ESCARCEGA, | No. C 08-1287 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

This action is dismissed because it is duplicative of an action filed earlier by petitioner.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 1, 2008

SUSAN ILLSTON
United States District Judge